UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-11282-RWZ

JOHN A. BALDI

v.

UNITED STATES OF AMERICA, *et al.*

ORDER

September 4, 2013

ZOBEL, D.J.

On July 12, 2013 the court allowed plaintiff's motion to proceed in forma pauperis but ordered him to "file an amended complaint that accords with Rule 8 of the Federal Rules of Civil Procedure." Plaintiff filed objections to the order and a motion for reconsideration on July 24. The court overruled the objections and denied the motion, and reset the date for filing amended pleadings to August 26, 2013. It further stated that the case will be dismissed if plaintiff fails to comply.

Plaintiff has not submitted an amended complaint. Accordingly, it is ordered that the action be dismissed. Judgment shall be entered accordingly.

|  |  |
|---|---|
| September 4, 2013 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |